**In The**

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00477-CV**
**NO. 09-13-00004-CV**

_____

**JULIE JOHNSON, Appellant**

**V.**

**BANK OF AMERICA, N.A., Appellee**

---

**On Appeal from the 172nd District Court**
**Jefferson County, Texas**
**Trial Cause Nos. E-185,420-A and E-185,420**

---

### ORDER

The appellant, Julie Johnson, and the appellee, Bank of America, N.A., filed a joint motion to consolidate the appeals of two cases that were severed in the trial court but concern the same parties, the same facts, and overlapping principles of law.

It is, therefore, ORDERED that Appeal No. 09-12-00477-CV and 09-13-00004-CV are consolidated for the purpose of preparation and filing of the record and briefing before the Court of Appeals. The appeals will be briefed according to the timetable that applies to Appeal No. 09-13-00004-CV.

1

ORDER ENTERED January 24, 2013.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.